1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  CHARAN M. HIGBEE (SBN 148293)
   Email: Charan.Higbee@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370

6  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA and
7  NOVARTIS VACCINES AND DIAGNOSTICS, INC.

8

9  WILLIAM GREEN (SBN 129816)
   DELFINO, GREEN & GREEN
   1010 B Street
10 San Rafael, CA 94901
   Tel: (415) 442-4646 / Fax: (415) 442-4802
11

12 Attorneys for Plaintiff
   MARK FAGAN

13

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | MARK FAGAN, | ) | Case No.: CV09-02658 PJH |
|---|---|---|---|
| 18 | Plaintiff, | ) ) | **STIPULATION TO CONTINUE HEARING DATE FOR CROSS-** |
| 19 | v. | ) ) | **MOTIONS FOR SUMMARY JUDGMENT; AND [~~PROPOSED~~]** |
| 20 | LIFE INSURANCE COMPANY OF NORTH AMERICA and NOVARTIS VACCINES AND | ) ) ) | **ORDER** |
| 21 | DIAGNOSTICS, INC., | ) ) | Courtroom : 3 |
| 22 | Defendants. | ) ) | Before The Honorable Phyllis J. Hamilton |

23
24
25
26
27
28

**STIPULATION TO CONTINUE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER**

USDC NDCA Case #CV09-02658 PJH
505018.1

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Mark Fagan and defendants Life Insurance Company of North America and Novartis Vaccines and Diagnostics, Inc., through their attorneys of record, as follows:

1. The hearing date for cross-motions for summary judgment in this ERISA action currently is set for March 31, 2010 at 9:00 a.m.;

2. The parties completed private mediation in this action on November 30, 2009 and no settlement was reached;

3. Plaintiff Mark Fagan currently has an administrative appeal pending as to the disability benefit claim at issue in this lawsuit;

4. Plaintiff Mark Fagan recently submitted additional information to defendant Life Insurance Company of North America in support of his pending administrative appeal;

5. Defendant Life Insurance Company of North America has not yet reached a determination as to plaintiff's pending administrative appeal and requires further time to review the additional information recently submitted by plaintiff in support of his appeal;

6. The parties stipulate to a 49-day continuance as to the current hearing date for the Cross-Motions for Summary Judgment, and stipulate that the hearing date be re-scheduled for May 19, 2010.

**IT IS SO STIPULATED.**

Date: January 19, 2010                    WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP


                                    By:   */s/ Charan M. Higbee*
                                          ADRIENNE C. PUBLICOVER
                                          CHARAN M. HIGBEE
                                          Attorneys for Defendants
                                          LIFE INSURANCE COMPANY OF NORTH
                                          AMERICA and NOVARTIS VACCINES AND
                                          DIAGNOSTICS, INC.

---

1
**STIPULATION TO CONTINUE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT;
AND [PROPOSED] ORDER**
USDC NDCA Case #CV09-02658 PJH
505018.1

1  Date: January 19, 2010                                    DELFINO, GREEN & GREEN

3                                                    By:    /s/ William Green
4                                                           WILLIAM GREEN
                                                            Attorneys for Plaintiff
                                                            MARK FAGAN

## ORDER

The parties having stipulated as above and good cause appearing therefore, the hearing date for cross-motions for summary judgment in this action is continued from March 31, 2010 at 9:00 a.m to May 19, 2010 at 9:00 a.m. in Department 3 of this Court.

**IT IS SO ORDERED.**

Date: 1/26/10                                    By: _____
                                                    HON. _____ HAMILTON
                                                    UNITED STATES DISTRICT COURT

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

---

2
**STIPULATION TO CONTINUE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER**
USDC NDCA Case #CV09-02658 PJH
505018.1

# CERTIFICATE OF SERVICE
*Mark Fagan v. Life Insurance Company of North America and Novartis Vaccines and Diagnostics, Inc.*
USDC NDCA Case #CV09-02658 PJH

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION TO CONTINUE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

William Green, Esq.
DELFINO, GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA  94901
Tel:     (415) 442-4646
Fax:    (415) 442-4802

*Attorneys for Plaintiff*
*MARK FAGAN*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **January 19, 2010** at San Francisco, California.

_____
Nancy Li