1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  CHARAN M. HIGBEE (SBN 148293)
   Email: Charan.Higbee@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370

6  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA and
7  NOVARTIS VACCINES AND DIAGNOSTICS, INC.

8

   WILLIAM GREEN (SBN 129816)
9  DELFINO, GREEN & GREEN
   1010 B Street
10 San Rafael, CA  94901
   Tel: (415) 442-4646 / Fax: (415) 442-4802
11
   Attorneys for Plaintiff
12 MARK FAGAN

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 MARK FAGAN,                               )  Case No.:    CV09-02658 PJH
                                             )
18                  Plaintiff,               )  **SECOND STIPULATION TO
                                             )  CONTINUE HEARING DATE FOR
19         v.                                )  CROSS-MOTIONS FOR SUMMARY
                                             )  JUDGMENT; AND [~~PROPOSED~~]
20 LIFE INSURANCE COMPANY OF NORTH           )  ORDER**
   AMERICA and NOVARTIS VACCINES AND         )
21 DIAGNOSTICS, INC.,                        )
                                             )  Courtroom   :     3
22                  Defendants.              )  Before The Honorable Phyllis J. Hamilton
                                             )

23

24

25

26

27

28

---

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Mark Fagan and defendants Life Insurance Company of North America ("LINA") and Novartis Vaccines and Diagnostics, Inc., through their attorneys of record, as follows:

1. The hearing date for cross-motions for summary judgment in this ERISA action currently is set for May 19, 2010 at 9:00 a.m.;

2. Defendant LINA recently reached a decision regarding plaintiff's second administrative appeal as to the disability benefit claim at issue in this lawsuit;

3. A letter dated March 31, 2010 was sent to plaintiff, through his attorney of record in this action, advising that the prior decisions to deny plaintiff's claim for disability benefits under the subject ERISA plan and/or subject group insurance policy was affirmed;

4. Defendant LINA requires additional time to send the complete administrative record to its attorneys of record in this action, which will include all documents relating to plaintiff's second administrative appeal, and LINA's attorneys need additional time to prepare the administrative record for production to plaintiff in this action;

5. The parties therefore stipulate to a 42-day continuance as to the current hearing date for the Cross-Motions for Summary Judgment, and stipulate that the hearing date be re-scheduled for June 30, 2010;

6. Good cause exists for this continuance in order that the administrative record submitted to the Court and relied on by the parties in their briefing is complete and accurate; and

\\\
\\\
\\\
\\\
\\\
\\\
\\\

7. This is the second stipulation submitted by the parties to continue the hearing date for the cross-motions for summary judgment in this action. This stipulation will not alter any other dates set by the Court in this action, other than the hearing date for the cross-motions for summary judgment and the applicable briefing schedule for those motions as determined by the local rules of this Court.

**IT IS SO STIPULATED.**

Date: April 6, 2010                                  WILSON, ELSER, MOSKOWITZ,
                                                                    EDELMAN & DICKER LLP


By: /s/ Charan M. Higbee
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and NOVARTIS VACCINES AND DIAGNOSTICS, INC.


Date: April 6, 2010                                  DELFINO, GREEN & GREEN


By: /s/ William Green
WILLIAM GREEN
Attorneys for Plaintiff
MARK FAGAN

### ORDER

The parties having stipulated as above and good cause appearing therefore, the hearing date for cross-motions for summary judgment in this action is continued from May 19, 2010 at 9:00 a.m to June 30, 2010 at 9:00 a.m. in Department 3 of this Court.

**IT IS SO ORDERED.**

Date: 4/8/10                                  By: _____
                                                          HONORABLE PHYLLIS J. HAMILTON
                                                          UNITED STATES DISTRICT [JUDGE]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

# CERTIFICATE OF SERVICE
*Mark Fagan v. Life Insurance Company of North America and Novartis Vaccines and Diagnostics, Inc.*
USDC NDCA Case #CV09-02658 PJH

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370.

On this date I served the following document(s):

**SECOND STIPULATION TO CONTINUE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐: **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐: **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

William Green, Esq.
DELFINO, GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Tel:    (415) 442-4646
Fax:    (415) 442-4802

*Attorneys for Plaintiff*
*MARK FAGAN*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **April 6, 2010** at San Francisco, California.

_____
Nancy Li