UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK FAGAN,

    Plaintiff,

    v.

LIFE INSURANCE CO. OF NORTH AMERICA, et al.,

    Defendants.
_____/

No. C 09-2658 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted plaintiff's motion for summary judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: August 19, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge