William Green-SBN 133703
Sharon Delfino Green-SBN 133703
Jennifer de la Campa-SBN 236524
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802

Attorneys for Plaintiff
MARK FAGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FAGAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE CO. OF NORTH AMERICA and NOVARTIS VACCINES AND DIAGNOSTICS, INC., et al.,<br><br>　　　　Defendant | Case No.: No. C 09-2658 PJH<br><br>**STIPULATION TO EXTEND TIME TO FILE A MOTION FOR ATTORNEYS FEES; [P~~ROPOSED~~] ORDER** |

　　　Judgment in this matter was entered on August 19, 2010. According to Civil Local Rule 54-5, a motion for attorney's fees must be served and filed within fourteen days of judgment, which is Thursday, September 2, 2010.

　　　The parties wish to have additional time to meet and confer for the purpose of resolving all disputed issues relating to attorney's fees before making a motion for award of attorney's fees. Therefore, pursuant to Northern District of California Civil Local Rule 6-2, Plaintiff Mark Fagan and Defendant Life Insurance Company of North America and Novartis Vaccines and

Diagnostics, Inc., et al, stipulate to extend the deadlines for filing of a motion for attorneys fees pursuant to Civil Local Rule 54-5 by three weeks.

**IT IS HEREBY STIPULATED**, by and between the parties to this action that the new date for filing and serving a motion for attorney's fees shall be Thursday, September 23, 2010.

Dated:  August 31, 2010                    DELFINO GREEN & GREEN

/s/
William Green
Attorneys for Plaintiff Mark Fagan

Dated:  August 31, 2010                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

/s/
Charan M. Higbee
Attorneys for Life Insurance Company of North America and Novartis Vaccines and Diagnostics, Inc.

### ORDER

The parties having stipulated as above and good cause appearing therefore, the hearing dates are as follows:  A motion for attorney's fees pursuant to Civil Local Rule 54-5 shall be filed and served no later than Thursday, September 23, 2010.

**IT IS SO ORDERED.**

Dated: 9/3/10



The _____
United _____
North _____

Stipulation to Continue Date           2