1  William Green-SBN 133703
   Sharon Delfino Green-SBN 133703
2  Jennifer de la Campa-SBN 236524
   DELFINO GREEN & GREEN
3  1010 B Street, Suite 320
   San Rafael, CA 94901
4  Telephone: (415) 442-4646
   Facsimile: (415) 442-4802
5
   Attorneys for Plaintiff
6  MARK FAGAN

7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12

13  MARK FAGAN,                        Case No.: No. C 09-2658 PJH

                   Plaintiff,          **STIPULATION (SECOND) TO EXTEND**
14                                      **TIME TO FILE A MOTION FOR**
          vs.                          **ATTORNEYS FEES; [PROPOSED]**
15                                      **ORDER**

16
   LIFE INSURANCE CO. OF NORTH
17  AMERICA and NOVARTIS VACCINES
   AND DIAGNOSTICS, INC., et al.,
18              Defendant

19

20
          On August 19, 2010, the Court decided this case by issuing its "Order Re Cross-Motions
21
   For Summary Judgment." (Document No. 40)  The Court granted plaintiff's Motion and denied
22
   Defendant's Motion.  The Court also granted plaintiff's request for an award of reasonable
23
   attorney's fees and costs.  The Court further ordered that:  "The parties shall first attempt to
24
   negotiate a reasonable amount of fees and only if unsuccessful, plaintiffs shall file a motion for
25
   fees and costs pursuant to Civil Local Rule 54-5."
26
          On August 31, 2010, the parties determined that the meet and confer process would not
27
   be complete in time to file a motion for attorneys fees on or before the deadline of September 2,
28

1  | 2010.  As such, the parties submitted a stipulation to extend time to September 23, 2010.
2  | (Document No. 42)
3  |      On September 3, 2010, the Court entered an order on the above-referenced stipulation
4  | allowing Plaintiff until September 23, 2010 to file and serve a motion for attorneys fees if the
5  | meet and confer process was unsuccessful.  (Document No. 43)
6  |      Due to press of other cases, personal obligations, and an unexpected prolonged absence
7  | of one attorney in Plaintiff's Counsel's small law office (three attorneys), Plaintiff's Counsel was
8  | somewhat delayed in providing Defendant's Counsel with written material substantiating the
9  | amounts of attorney fees and costs incurred by Plaintiff in this matter. Those amounts were
10 | provided on September 16, 2010. However, Defendant's Counsel advised that Defendants would
11 | require an additional ten (10) to fourteen (14) days to review and analyze the materials provided
12 | by Plaintiff's Counsel and provide a response. As such, one additional short extension of time to
13 | file a motion for attorneys' fees is required.
14 |      Therefore, pursuant to Northern District of California Civil Local Rule 6-2, Plaintiff
15 | Mark Fagan and Defendant Life Insurance Company of North America and Novartis Vaccines
16 | and Diagnostics, Inc., et al, stipulate to extend the deadlines for filing of a motion for attorneys
17 | fees pursuant to Civil Local Rule 54-5 by an additional two weeks (until October 2, 2010).
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1   **IT IS HEREBY STIPULATED**, by and between the parties to this action that the new

2   date for filing and serving a motion for attorney's fees shall be Thursday, October 2, 2010.

3   Dated:            September 17, 2010                    DELFINO GREEN & GREEN

4

5                                                            /s/
    William Green
6                                                            Attorneys for Plaintiff Mark Fagan

7

8   Dated:            September 17, 2010                    WILSON, ELSER, MOSKOWITZ,
                                                             EDELMAN & DICKER, LLP
9

10                                                           /s/
    Charan M. Higbee
11                                                           Attorneys for Life Insurance
                                                             Company of North America and
12                                                           Novartis Vaccines and Diagnostics,
                                                             Inc.
13

14                               **ORDER**

15

16          The parties having stipulated as above and good cause appearing therefore, the hearing

17  dates are as follows:  A motion for attorney's fees pursuant to Civil Local Rule 54-5 shall be

18  filed and served no later than Thursday, October 2, 2010.

19

20          **IT IS SO ORDERED.**

21  Dated: 9/21/10

22                                                    

23

24

25

26

27

28