William Green-SBN 129816
Sharon Delfino Green-SBN 133703
Jennifer de la Campa-SBN 236524
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802

Attorneys for Plaintiff
MARK FAGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FAGAN,<br><br>       Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE CO. OF NORTH AMERICA and NOVARTIS VACCINES AND DIAGNOSTICS, INC., et al.,<br>       Defendant | Case No.: No. C 09-02658 PJH<br><br>**STIPULATION RE PLAINTIFF'S REASONABLE ATTORNEYS FEES AND COSTS; [PROPOSED] ORDER** |

      On August 19, 2010, the Court decided this case by issuing its "Order Re Cross-Motions For Summary Judgment." (Document No. 40) The Court granted plaintiff's Motion and denied Defendant's Motion. The Court also granted plaintiff's request for an award of reasonable attorney's fees and costs. The Court further ordered that: "The parties shall first attempt to negotiate a reasonable amount of fees and only if unsuccessful, plaintiffs shall file a motion for fees and costs pursuant to Civil Local Rule 54-5."

      On September 29, 2010, the parties completed the court ordered negotiations and agreed that defendants, Life Insurance Company of North America and Novartis Vaccines and

Diagnostics, Inc., would pay Plaintiff, Mark Fagan, $137,410, as the reasonable amount of attorneys' fees and costs in the above-captioned matter.

**IT IS HEREBY STIPULATED**, by and between the parties to this action that (1) defendants, Life Insurance Company of North America and Novartis Vaccines and Diagnostics, Inc., will pay Plaintiff, Mark Fagan, $137,410 as the reasonable amount of attorneys' fees and costs in the above-captioned matter; and (2) that said attorneys' fees and costs payment shall be delivered to plaintiff's counsel's office no later than 5 p.m. on Monday, October 18, 2010.

Dated:       October 5, 2010

DELFINO GREEN & GREEN

_____/s/_____
William Green
Attorneys for Plaintiff Mark Fagan

Dated:       October 5, 2010

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

_____/s/_____
Charan M. Higbee
Attorneys for Life Insurance
Company of North America and
Novartis Vaccines and Diagnostics,
Inc.

## ORDER

The parties having stipulated as above and good cause appearing therefore, defendants, Life Insurance Company of North America and Novartis Vaccines and Diagnostics, Inc., are hereby ordered to: (1) pay Plaintiff, Mark Fagan, $137,410, as the reasonable amount of

///

///

///

1  attorneys' fees and costs in the above-captioned action; and (2) deliver said attorneys' fees and
2  costs payment to plaintiff's counsel's office no later than 5 p.m. on Monday, October 18, 2010.
3  **IT IS SO ORDERED.**
4  Dated: 10/21/10

The Honorable Phyllis J. Hamilton
United States District
North



IT IS SO ORDERED
Judge Phyllis J. Hamilton